IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

S.S.L., MOTHER OF N.E.D., A CHILD,

    Appellant,

v.

Case No.  5D22-1312
LT Case No. 2021-DP-000060-SH

DEPARTMENT OF CHILDREN AND FAMILIES,

    Appellee.

_____/

Decision filed  December 8, 2022

Appeal from the Circuit Court
for Osceola County,
Daniel Dawson, Judge.

Scott L. Robbins, of Busciglio Sheridan Schoeb,
P.A., Tampa, for Appellant.

Kelley Schaeffer, of Children's Legal Services,
Bradenton, for Appellee, Department of
Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of
Appeals, and Desiree Erin Fernandez, Senior
Attorney, of Statewide Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem.

PER CURIAM.

        AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.